UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ARTHUR D'AMARIO, III,

Plaintiff,

v.

ANDREW OLNES, M.D.,
RUTH WESTRICK, M.D.,
STEVEN NORTON, Ph.D.,
AMY HAMILTON, Ph.D. and
various John Does/Jane Roes,

Defendants.

Civil No. 00-2217 ADM/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated November 7, 2000, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Plaintiff's Amended Application to Proceed Without Prepayment of Fees, (Docket No. 6), is **DENIED**;

2. Plaintiff's "Motion For A Temporary Restraining Order," (Docket No. 3), is **DENIED**; and

3. This action is DISMISSED WITHOUT PREJUDICE.

DATED: November 30, 2000.

Judge Ann D. Montgomery
U. S. District Court

FILED NOV 30 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK